

**FILED**

JUL 1 4 2026

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

Certificate Number: 15725-TXN-CC-040709068

15725-TXN-CC-040709068

# CERTIFICATE OF COUNSELING

I CERTIFY that on March 9, 2026, at 1:07 o'clock PM EDT, Margaret A Goodman received from 001 Debtorcc, Inc., an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the Northern District of Texas, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date: March 9, 2026

By: /s/Andres Ricardo Osorio Venecia

Name: Andres Ricardo Osorio Venecia

Title: Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. 109(h) and 521(b).

**FILED**

JUL 1 4 2026

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

Certificate Number: 15725-TXN-CC-040709066



15725-TXN-CC-040709066

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>March 9, 2026</u>, at <u>1:07</u> o'clock <u>PM EDT</u>, <u>Gerry M Goodman</u> received from <u>001 Debtorcc, Inc.</u>, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the <u>Northern District of Texas</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:   <u>March 9, 2026</u>                    By:     <u>/s/Andres Ricardo Osorio  Venecia</u>

                                                Name:   <u>Andres Ricardo Osorio  Venecia</u>

                                                Title:   <u>Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).