BTXN 027 (rev. 04/26)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re: | § | |
| Gerry Maxwell Goodman | § | Case No.:  26–43070–7 |
| Annette Margaret Goodman | § | Chapter No.:  7 |
| Debtor(s) | § | |

Dear Attorney for Debtor; Kirk M. Claunch:

The above referenced case has been reviewed as part of the Clerk's Office continuing effort to identify cases that are deficient. Our review indicates that this case requires:

☐ Case Status

☐ An Order in resolution of

☐ A Notice of Hearing on

☑ An Amendment or Correction to a filing as follows Amended Form 121; to correct the joint–debtors ssn and amended creditor matrix coversheet.

☑ The following additional Filing: Copy of Social Secuirty Card from both debtors as well as a copy of the Joint–Debtors proof of identifcation.

Please electronically file the requested documents, provide a specific date for which this information will be provided to the Court, or provide information as to why this case should remain open. Failure to respond within 48 hours from the date of this letter may result in the Court setting a status conference to determine why the document(s) has not been filed or the matter may be denied for want of prosecution.

DATED:  7/14/26

FOR THE COURT:
Stephen J Manz, Clerk of Court

by: /s/Timothy L Wright, Deputy Clerk
Timothy_WrightJr@txnb.uscourts.gov