BTXN 027 (rev. 04/26)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re: | § | |
| Gerry Maxwell Goodman | § | Case No.:  26–43070–elm7 |
| Annette Margaret Goodman | § | Chapter No.:  7 |
| Debtor(s) | § | |

Dear Attorney for Debtor; Kirk M. Claunch:

The above referenced case has been reviewed as part of the Clerk's Office continuing effort to identify cases that are deficient. Our review indicates that this case requires:

☐ Case Status

☐ An Order in resolution of

☐ A Notice of Hearing on

☑ An Amendment or Correction to a filing as follows Amended Official Forms; Official Form 107 dated (04/25) and Official Form 106C dated (04/25)

☐ The following additional Filing:

Please electronically file the requested documents, provide a specific date for which this information will be provided to the Court, or provide information as to why this case should remain open. Failure to respond within 13 from the date of this letter may result in the Court setting a status conference to determine why the document(s) has not been filed or the matter may be denied for want of prosecution.

DATED:  7/15/26

FOR THE COURT:
Stephen J Manz, Clerk of Court

by: /s/Timothy L Wright, Deputy Clerk
Timothy_WrightJr@txnb.uscourts.gov