LIFT TO OPEN

**FILED**

Social Security benefits are     ~~2025" shows the total amount~~     Amount in Box 4."     JUL 1 5 2026

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# FORM SSA-1099 – SOCIAL SECURITY BENEFIT STATEMENT

## 2025
- PART OF YOUR SOCIAL SECURITY BENEFITS SHOWN IN BOX 5 MAY BE TAXABLE INCOME.
- SEE THE REVERSE FOR MORE INFORMATION.

| Box 1. Name | Box 2. Beneficiary's Social Security Number |
|---|---|
| ANNETTE M GOODMAN | ████ 0558 |

| Box 3. Benefits Paid in 2025 | Box 4. Benefits Repaid to SSA in 2025 | Box 5. Net Benefits for 2025 *(Box 3 minus Box 4)* |
|---|---|---|
| $16,728.00 | NONE | $16,728.00 |

| DESCRIPTION OF AMOUNT IN BOX 3 | | DESCRIPTION OF AMOUNT IN BOX 4 |
|---|---|---|
| Paid by check or Direct deposit | $13,455.60 | NONE |
| Medicare Part B premiums deducted from your benefits | $3,108.00 | |
| Medicare Prescription Drug premiums (Part D) deducted from your benefits | $164.40 | |
| Total Additions | $16,728.00 | |
| Benefits for 2025 | $16,728.00 | |

Box 6. Voluntary Federal Income Tax Withheld

NONE

Box 7. Address

ANNETTE M GOODMAN
4317 ROWAN DR
FT WORTH TX 76116-8113

Box 8. Claim Number *(Use this number if you need to contact SSA.)*

████

Form **SSA-1099-SM** (1-2026)     **DO NOT RETURN THIS FORM TO SSA OR IRS**

# Monthly Income

### Primary Debtor

### GERRY M GOODMAN

| | Job #1 | Job #2 | | Job #1 | Job #2 |
|---|---|---|---|---|---|
| | | | Spouse/Joint Debtor | | |
| Pay Interval | | | | | |
| (monthly, semi-monthly, weekly, bi-weekly) | | | | | |
| Gross $/Month | $ | $ | | $ | $ |
| **Deductions:** | | | | | |
| FIT/State | $ 0 | $ | | $ 0 | $ |
| FICA/Medicare | $ 2,827.00 | $ | | $ 1,394.00 | $ |
| Insurance 0 | $ 0 | $ | | $ 0 | $ |
| Union Dues | $ 0 | $ | | $ 0 | $ |
| Retirement | $ 0 | $ | | $ 0 | $ |
| Other (1)* (see below) | $ 0 | $ | | $ 0 | $ |

Income from other sources:                              0

| | | | |
|---|---|---|---|
| Business | $ | | $ |
| Property Rental | $ 0 | | $ —30.00 monthly from |
| Interest/Dividends | $ 0 | | $ 0 usedconsignment shop |
| Alimony/Support | $ 10.36 mo ground lease/homestead from gas company | | $ |
| Govt. Asst. | $ 0 | | $ |
| Retirement/ Pension | $ 0 | | $ |
| Other (2)** (see below) | $ 0 | | $ |

Monthly Net Income $ 2,837.88          Monthly Net Income $1,424.00

### TOTAL MONTHLY HOUSEHOLD INCOME $ 4,261.88

*Other (1): Calculate the total amount of all other deductions and enter it in the "Other (1)" entry above. Please detail each item and amount below:

| Debtor | Spouse |
|---|---|
| | |
| | |
| | |
| | |

**Other (2): Calculate the total amount of a sources of income and enter it in the "Other (2 above. Please detail each item and amount belo

| Debtor | Spouse |
|---|---|
| | |
| | |
| | |
| | |

Please describe any changes in the above amounts expected to occur in the next year.

### *** YEARLY TOTALS ***

$33,924.00
124.32 ground lease/homestead

$16,728.00
360.00 sales/used
consignment store