United States Bankruptcy Court

Northern District of Texas

In re:                                                                                          Case No. 26-43070-elm

Gerry Maxwell Goodman                                                       Chapter 7

Annette Margaret Goodman

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0539-4            User: admin            Page 1 of 3

Date Rcvd: Jul 14, 2026          Form ID: 309A          Total Noticed: 57

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db/jdb | + | Gerry Maxwell Goodman, Annette Margaret Goodman, 4317 Rowan Drive, Fort Worth, TX 76116-8113 |
| 23429174 | + | Alethea S. Harrington, 4912 Westbriar Drive, Fort Worth, TX 76109-3127 |
| 23429176 | + | Anita Johnson, 6120 Swiss Avenue, Dallas, TX 75214-0010 |
| 23429177 | + | Arlie Davenport, 4070 Clarke Ave., Fort Worth, TX 76107-2445 |
| 23429178 | | Auto Trader/COX Automotive Billing Dep, 605 Peachtree Dunwoody Road, Atlanta, GA 30328 |
| 23429180 | + | Brent Sandlin/ First Security Systems, 7915 Boulevard 26, North Richland Hills, TX 76180-7103 |
| 23429184 | + | CITI Bank, N.A./ ARS NAT'L SVCS INC., P.O. Box 469100, Escondido, CA 92046-9100 |
| 23429181 | + | Cameron Mitchell, 2736 Lipscomb Street, Fort Worth, TX 76110-3119 |
| 23429182 | + | Cargurus INC., 2 Canal Part, 4th Floor, Boston, MA 02114 |
| 23429185 | + | Coleen Brown, 4129 Rowan Drive, Fort Worth, TX 76116-8066 |
| 23429187 | + | Dr. Andrew Miller, 3006 Skyhawk Drive, Granbury, TX 76049-4623 |
| 23429188 | + | Engine Resources, P.O. Box 17867, San Antonio, TX 78217-0867 |
| 23429190 | + | Gary Hawkins, 6 Crosslands Road, Fort Worth, TX 76132-1007 |
| 23429192 | | HA YON CUTTLER III, 812 Gillian Mountain Road, Charlottesville, VA 22903 |
| 23429191 | + | HAYDN CUTLER, 3825 Camp Bowie Blvd, Fort Worth, TX 76107-3355 |
| 23429193 | + | INTERBANK N.A., 4255 Camp Bowie Blvd., Fort Worth, TX 76107-3988 |
| 23429197 | + | Interstate Batteries of Fort Worth, 2601 Northern Cross Blvd, Suite 211, Fort Worth, TX 76137-3655 |
| 23429198 | + | Jerry & T.K. Riddle, 657 Quail Ridge Road, Aledo, TX 76008-2835 |
| 23429199 | | Justin Thornell 2, 618 Waits Ave, Fort Worth, TX 76109 |
| 23429200 | + | Kirk McDonald, 5049 Edwards Ranch Road, Fort Worth, TX 76109-4213 |
| 23429201 | + | Kirkley Law Firm, 3301 Hamilton Avenue - Suite 123, Fort Worth, TX 76107-1807 |
| 23429202 | + | Kraigh Eggspuehler, 1812 Fairway Bend, Haslet, TX 76052-2800 |
| 23429203 | + | Kwik Kar on University, 276 University Drive, Fort Worth, TX 76107-1972 |
| 23429204 | + | Larry D. Johnson Estate, 4200 Bournie St, Fort Worth, TX 76107-7054 |
| 23429205 | + | Louis Daniel, 2420 Wabash Avenue, Fort Worth, TX 76109-1017 |
| 23429206 | + | Macy's AMEX Card - Credit Control, 8001 Woodland CTR Blvd., Tampa, FL 33614-2437 |
| 23429207 | + | Martine Gould, 6605 Dakar Road West, Fort Worth, TX 76116-1837 |
| 23429208 | + | Michael K. Defiel Estate, 5949 River Bend, Fort Worth, TX 76132-2737 |
| 23429211 | + | O'Reilly Auto Parts Atlas Receivables MGMT. INC., P. 0. Box 186, Meetaire, LA 70004-0186 |
| 23429210 | + | Office Depot/Business Credit Dept 56, P.O. Box 78004, Phoenix, AZ 85062-8004 |
| 23429212 | + | Pagaea International Recevable SVC, 140 2ND Ave, Suite D, Kalispell, MT 59901-4417 |
| 23429213 | + | Richard P. Dale, 6304 Gerwin Drive, Fort Worth, TX 76132-5054 |
| 23429214 | | Sandra Tomlinson, 4804 Crestline Road, Fort Worth, TX 76107 |
| 23429215 | + | Scott Publishing, LLC, 4100 Bent Elm Lane, Fort Worth, TX 76109-2029 |
| 23429218 | + | Steven D. Wikoff, 16 Dexter Lane, Wakefield, MA 01880-2031 |
| 23429224 | + | TCM Bank, N .A./ Mastercard, P.O. Box 105666, Atlanta, GA 30348-5666 |
| 23429220 | | Tarrant County College District c/o Linebarger Gog, l00 Throckmorton Suite 1700, Fort Worth, TX 76102 |
| 23429221 | + | Tarrant County Hospital District c/o Linebarger Go, 100 Throckmorton Suite 1700, Fort Worth, TX 76102-2847 |
| 23429219 | | Tarrant County c/o Linebarger Goggan Blair & Samps, l00 Throckmorton Suite 1700, Fort Worth, TX 76102 |
| 23429223 | | Tarrant Regional Water District c/o Linebarger Gog, l00 Throckmorton Suite 1700, Fort Worth, TX 76102 |
| 23429225 | #+ | Veritex Community Bank, 2900 N Loop West, Suite 200, Houston, TX 77092-8824 |
| 23429226 | + | Wells Fargo, N.A. MAC F8235-040, PO Box 5129, Sioux Falls, SD 57117-5129 |
| 23429227 | + | William Bill Massad, 15 Westover Road, Fort Worth, TX 76107-3104 |

| District/off: 0539-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 14, 2026 | Form ID: 309A | Total Noticed: 57 |

23429228      +   World Pac, LLC, 2800 E. Plano Parkway, Plano, TX 75074-7431

TOTAL: 44

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: claunchlaw3@earthlink.net | Jul 14 2026 22:30:00 | Kirk Matthew Claunch, The Claunch Law Firm, 301 W Central Ave, Fort Worth, TX 76164 |
| tr      + | EDI: FJDSPICER | Jul 15 2026 02:23:00 | John Dee Spicer, Suite 560, Founders Square, 900 Jackson Street, Dallas, TX 75202-4404 |
| 23429175      + | Email/PDF: bncnotices@becket-lee.com | Jul 14 2026 22:29:12 | American Express, 200 Vesey Street, New York, NY 10285-0002 |
| 23429179      + | EDI: BANKAMER | Jul 15 2026 02:22:00 | Bank of America/ Business Card, P.O. Box 15796, Wilmington, DE 19886-5796 |
| 23429183      + | EDI: JPMORGANCHASE | Jul 15 2026 02:22:00 | CHASE Card Services, P.O. Box 15548, Wilmington, DE 19885-0001 |
| 23429186 | Email/Text: correspondence@credit-control.com | Jul 14 2026 22:30:00 | Credit Control, LLC, 3300 Rider Trails, Suite 500, Earth City, MO 63045 |
| 23429189      + | Email/Text: crdept@na.firstsource.com | Jul 14 2026 22:31:00 | First Source Advantage, LLC, 205 Bryant Woods, South Amherst, NY 14228-3609 |
| 23429195 | EDI: IRS.COM | Jul 15 2026 02:22:00 | Internal Revenue Services, P.O. Box 1214, Charlotte, NC 28201 |
| 23429194      + | Email/Text: credit.dept@interfacesys.com | Jul 14 2026 22:31:00 | Interface Security Systems, INC., 3773 Corporate Center Drive, Earth City, MO 63045-1130 |
| 23429209      + | EDI: NTXTOLWAY | Jul 15 2026 02:23:00 | North Texas Tollway Authority, P.O. Box 260928, Plano, TX 75026-0928 |
| 23429216      + | EDI: CITICORP | Jul 15 2026 02:22:00 | Sears Mastercard / Citi Bank, P.O. Box 78051, Phoenix, AZ 85062-8051 |
| 23429217      + | Email/Text: bankruptcynotices@sba.gov | Jul 14 2026 22:30:00 | Small Business Administration, 409 3rd Street SW, Washington, DC 20416-0002 |
| 23429222      + | Email/Text: delinquenttax@tarrantcounty.com | Jul 14 2026 22:30:00 | Tarrant County Tax Office, 100 E. Weatherford St, Fort Worth, TX 76196-0206 |

TOTAL: 13

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 23429196 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Services, P.O. Box 69, Stop 811, Memphis, TN 37501 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0539-4 User: admin Page 3 of 3

Date Rcvd: Jul 14, 2026 Form ID: 309A Total Noticed: 57

Date: Jul 16, 2026 Signature: /s/Gustava Winters

<table>
<tr><td colspan="2">Information to identify the case:</td></tr>
</table>

| | | |
|---|---|---|
| Debtor 1: | **Gerry Maxwell Goodman** | Social Security number or ITIN:   xxx–xx–1184 |
| | First Name   Middle Name   Last Name | EIN:   _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | **Annette Margaret Goodman** | Social Security number or ITIN:   xxx–xx–0558 |
| | First Name   Middle Name   Last Name | EIN:   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court:   Northern District of Texas | | Date case filed for chapter:      7    7/14/26 |
| Case number:   26–43070–elm7 | | |

Official Form 309A (For Individuals or Joint Debtors)

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline   10/20

10/20

---

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Gerry Maxwell Goodman | Annette Margaret Goodman |
| 2. | **All other names used in the last 8 years** | | aka Margaret A Goodman |
| 3. | **Address** | 4317 Rowan Drive<br>Fort Worth, TX 76116 | 4317 Rowan Drive<br>Fort Worth, TX 76116 |
| 4. | **Debtor's attorney**<br>Name and address | Kirk Matthew Claunch<br>The Claunch Law Firm<br>301 W Central Ave<br>Fort Worth, TX 76164 | Contact phone (817)–335–4003<br><br>Email:  claunchlaw3@earthlink.net |
| 5. | **Bankruptcy trustee**<br>Name and address | John Dee Spicer<br>Suite 560, Founders Square<br>900 Jackson Street<br>Dallas, TX 75202–4425 | Contact phone (214) 573–7331 |

**For more information, see page 2 >**

Debtor  **Gerry Maxwell Goodman**  and  **Annette Margaret Goodman**                    Case number **26–43070–elm7**

| 6. | **Bankruptcy clerk's office** | 501 W. Tenth Street<br>Fort Worth, TX 76102 | Hours open:<br>Mon.–Fri. 8:30–4:30 |
|---|---|---|---|
| | Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | | Contact phone 817–333–6000<br><br>Date: 7/14/26 |

| 7. Meeting of creditors | **August 18, 2026 at 09:30 AM** | Location: |
|---|---|---|
| Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 707 056 0340, and Passcode 2104473206, OR call 1–469–397–0792**<br><br>For additional meeting information, go to https://www.justice.gov/ust/moc |

| 8. | **Presumption of abuse** | The presumption of abuse does not arise. |
|---|---|---|
| | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | |

| 9. Deadlines | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline: 10/19/26** |
|---|---|---|
| The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | | |
| | **You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |

| 10. Proof of claim | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. |
|---|---|
| Please do not file a proof of claim unless you receive a notice to do so. | |

| 11. Creditors with a foreign address | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
|---|---|

| 12. Exempt property | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |
|---|---|