United States Bankruptcy Court

Northern District of Texas

In re:

Gerry Maxwell Goodman

Annette Margaret Goodman

    Debtors

Case No. 26-43070-elm

Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0539-4         User: admin         Page 1 of 1

Date Rcvd: Jul 15, 2026         Form ID: BTXN027         Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**         **Definition**

+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2026:**

**Recip ID**         **Recipient Name and Address**
db/jdb         +   Gerry Maxwell Goodman, Annette Margaret Goodman, 4317 Rowan Drive, Fort Worth, TX 76116-8113

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2026         Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| John Dee Spicer | trusteedocs@chfirm.com  jds@trustesolutions.net |
| Kirk Matthew Claunch | on behalf of Joint Debtor Annette Margaret Goodman claunchlaw3@earthlink.net |
| Kirk Matthew Claunch | on behalf of Debtor Gerry Maxwell Goodman claunchlaw3@earthlink.net |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |

TOTAL: 4

BTXN 027 (rev. 04/26)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

|  |  |  |
|---|---|---|
| In Re: | § | |
| Gerry Maxwell Goodman | § | Case No.:   26–43070–elm7 |
| Annette Margaret Goodman | § | Chapter No.:   7 |
| Debtor(s) | § | |

Dear Attorney for Debtor; Kirk M. Claunch:

    The above referenced case has been reviewed as part of the Clerk's Office continuing effort to identify cases that are deficient. Our review indicates that this case requires:

- ☐ Case Status

- ☐ An Order in resolution of

- ☐ A Notice of Hearing on

- ☑ An Amendment or Correction to a filing as follows Amended Official Forms; Official Form 107 dated (04/25) and Official Form 106C dated (04/25)

- ☐ The following additional Filing:

Please electronically file the requested documents, provide a specific date for which this information will be provided to the Court, or provide information as to why this case should remain open. Failure to respond within 13 from the date of this letter may result in the Court setting a status conference to determine why the document(s) has not been filed or the matter may be denied for want of prosecution.

DATED:  7/15/26

FOR THE COURT:
Stephen J Manz, Clerk of Court

by: /s/Timothy L Wright, Deputy Clerk
Timothy_WrightJr@txnb.uscourts.gov