*Joseph R. Kimball II*
*ATTORNEY AT LAW*
*4916 Camp Bowie Blvd.*
*Fort Worth, Texas 76107*
*(817) 546-4900 phone*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| GERRY MAXWELL GOODMAN | § | CASE NO. 26-43070 |
| AND | § | |
| ANNETTE MARGARET GOODMAN | § | CHAPTER 7 |
| (DEC'D) | § | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR NOTICES AND SERVICE OF PAPERS**

PLEASE TAKE NOTICE that KIRK MCDONALD AND JUSTIN THORNELL (hereinafter "Movants"), files this Notice of Appearance and Request for Service of Notices and Papers and enters this appearance as creditor and party in interest in the above-entitled and numbered bankruptcy, pursuant to 11 U.S.C., §1109(b) and Rules 2002 and 9010 of the Rules of Bankruptcy Procedure and respectfully requests that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings, be served upon:

Joseph R. Kimball II
ATTORNEY AT LAW
4916 CAMP BOWIE BLVD.
FORT WORTH, TEXAS 76107

PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C., §1109(b), the foregoing request includes not only the notices and papers referred to in the Rules specified, but all of the notices and papers, including, without limitation, but not limited to: Notices of any application, Motion, Petition, Pleading, Request, Complaint, or Demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex,

**NOTICE OF APPEARANCE -**                                                                 **PAGE 1**

or otherwise: (1) which affect or seek to affect in any way the rights or interests with respect to: (a) the Debtor; (b) property which the Debtor may claim in interest; (c) and property in the possession, custody, or control of Debtor; or (2) which seek to require any act, payment, or other conduct by Movant or which provide or are required to provide Movant an opportunity to act.

The undersigned additionally requests that the Debtor and the Clerk of the Court place the name and address below on any mailing matrix or list of creditors to be prepared or existing in the above-numbered case.

*/s/ Joseph R. Kimball II*
**JOSEPH R. KIMBALL II**
State Bar No. 24036023
joekimball@mcknightfirm.com
4916 Camp Bowie Blvd
Fort Worth, Texas 76107
817-546-4900 phone


*Attorney for Movants*

## **CERTIFICATE OF SERVICE**

This is to certify that I have on this the 28th day of July 2026, forwarded a true and correct copy of the foregoing Notice of Appearance and Request for Notices and Service of Papers to the persons listed below.

/s/ *Joseph R. Kimball II*
Joseph R. Kimball II

John Dee Spicer                                                          *Via ECF*
Suite 560 Founders Square
900 Jackson St
Dallas, Texas 75202

Kirk Matthew Claunch                                                *Via ECF*
The Claunch Law Firm
302 W. Central
Fort Worth, Texas 76164

Gerry Goodman                                                    *Via USPS First Class Mail*
4317 Rowan Drive
Fort Worth, Texas 76116

United States Trustee                                                *Via ECF*
1100 Commerce St.
Room 976
Dallas, Texas 75202