*Joseph R. Kimball II .*
*4916 Camp Bowie Blvd*
*Fort Worth, Texas  76107*
*(817) 546-4900 phone*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| GERRY MAXWELL GOODMAN | § | CASE NO. 26-43070 |
| and | § | |
| ANNETTE MARGARET GOODMAN | § | CHAPTER 7 |
| (DEC'D) | § | |

| | | |
|---|---|---|
| KIRK  MCDONALD and | § | |
| JUSTIN THORNELL | § | |
| | § | |
| Plaintiff | § | |
| | § | ADVERSARY NO. _____ |
| vs. | § | |
| | § | |
| GERRY MAXWELL GOODMAN | § | |
| and | § | |
| ANNETTE MARGARET GOODMAN | | |
| (DEC'D) | | |
| | | |
| Defendants. | | |

## COMPLAINT FOR OBJECTION TO DISCHARGE

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE

NOW COMES Kirk McDonald and Justin Thornell, ("Plaintiff") herein, and files this its

Complaint for Objection to Discharge against Gerry Maxwell Goodman and Annette Margaret

Goodman (Dec'd) and would respectfully show the Court as follows:

1.    Gerry Maxwell Goodman and Annette Margaret Goodman (Dec'd) ("Debtors")

may be served at 4317 Rowan Drive, Fort Worth, Texas 76116 via first class mail.  A copy of this

**COMPLAINT FOR OBJECTION TO DISCHARGE –**                                          **PAGE 1**

complaint is also being served on Debtors' attorney, Kirk Claunch, The Claunch Law Firm, 301

W. Central Ave., Fort Worth, Texas 76164 via first class mail.

2.	Annette Margaret Goodman (Dec'd) is deceased. A copy of this complaint is also being served on Debtors' attorney, Kirk Claunch, The Claunch Law Firm, 301 W. Central Ave., Fort Worth, Texas 76164 via first class mail.

3.	The Debtors initiated this bankruptcy proceeding and have submitted to the jurisdiction of this Court.

4.	This is an adversary proceeding under 11 U.S.C. Section 523, and Bankruptcy Rules 7001 et seq., for an objection to discharge.  The Court has jurisdiction of this core proceeding under 28 U.S.C. §§ 151, 157 and 1334.

## FACTUAL BACKGROUND

5.	The Debtors initiated their chapter 7 bankruptcy petition on July 14, 2026.

6.	Movants loaned money to Gerry Maxwell Goodman under a signed promissory note.

7.	Movant filed civil suit in Tarrant County Court at Law Number 3.

8.	Movants believe the state court suit was the basis for the filing of the bankruptcy case.

9.	Debtors owe Movants $100,000.00 plus interest.

## COUNT I.

### OBJECTION TO DISCHARGEABILITY OF PLAINTIFF'S DEBT

8.	Plaintiff objects to the discharge of plaintiff's debt pursuant to 11 U.S.C. §523. Specifically, as set forth above, Debtors are not entitled to a discharge of Plaintiff's debt since they:

1) Obtained money through the use of false pretenses, a false representation, or actual fraud.

§523(a)(2)(A);

WHEREFORE, Plaintiff respectfully prays that this Court enter Final Judgment in favor of

Plaintiff against Debtors:

1.	awarding Plaintiff its actual damages;

2.	 denying Debtors discharge of Plaintiff's debt;

3.	awarding interest at the maximum lawful rate;

4.	awarding Plaintiff the costs of this action;

5.	awarding Plaintiff reasonable and necessary attorney fees; and

6.	awarding Plaintiff such other and further relief to which it may be entitled at

law or in equity.

Dated:  August ___ 2026.

Respectfully submitted,

/s/ Joseph R. Kimball II__
Joseph R. Kimball II
State Bar I.D 24036023
4916 Camp Bowie Blvd.
Fort Worth, Texas 76107
Tel. (817) 546-4900
joekimball@mcknightfirm.com

*Attorney for Movants*